**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

JONATHAN WILLIFORD,

            Petitioner,

      v.

JUDGE CHATHAM COUNTY SUPERIOR
COURT, et al.,

            Respondents.

CIVIL ACTION NO.: 4:25-cv-40

**O R D E R**

Before the Court is the Magistrate Judge's March 5, 2025 Report and Recommendation, (doc. 2), to which no objections have been filed.  After a careful de novo review, the Court agrees with the Magistrate Judge's recommendation.  The Court, therefore, **ADOPTS** the Report and Recommendation, (doc. 2), as its opinion.  Petitioner's Petition for Writ of Habeas Corpus is **DISMISSED**.  (Doc. 1.)

Applying the Certificate of Appealability (COA) standards, which are set forth in Brown v. United States, 2009 WL 307872 at * 1-2 (S.D. Ga. Feb. 9, 2009), the Court discerns no COA-worthy issues at this stage of the litigation, so no COA should issue. 28 U.S.C. § 2253(c)(1); see Alexander v. Johnson, 211 F.3d 895, 898 (5th Cir. 2000) (approving *sua sponte* denial of COA before movant filed a notice of appeal).  And, as there are no non-frivolous issues to raise on

appeal, an appeal would not be taken in good faith.  Thus, *in forma pauperis* status on appeal is likewise **DENIED**.  28 U.S.C. § 1915(a)(3).  The Clerk is **DIRECTED** to **CLOSE** this case.

      **SO ORDERED**, this 11th day of April, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA