AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

JONATHAN WILLIFORD,

Petitioner,

JUDGMENT IN A CIVIL CASE

**V.**

CASE NUMBER: 4:25-cv-40

JUDGE CHATHAM COUNTY SUPERIOR COURT, et al.,

Respondents.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Court's Order dated April 11, 2025, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Petitioner's Petition for Writ of Habeas Corpus is dismissed. The in forma pauperis status on appeal is denied. This case stands closed.



4/11/25

Date

John E. Triplett, Clerk of Court

*Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020